THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY BUDUAN and DEBORAH BUDUAN, husband and wife and the marital community composed thereof, BRIANNA BUDUAN, a single individual, and B.B, a minor through his guardians and parents Troy Buduan and Deborah Buduan,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 17-cv-1824 RAJ<br><br>**(Proposed)**<br>**ORDER APPROVING MINOR SETTLEMENT AND PROPOSED PAYMENT OF ATTORNEYS' FEES AND COSTS** |

The Court having considered the Report of the Settlement Guardian ad Litem and being duly advised, the Court hereby,

ORDERS, ADJUDGES and DECREES as follows:

1. The proposed minor settlement to B.B. is approved as contained in the Report of the Settlement Guardian ad Litem.

2. The parents of the minor are hereby authorized to execute an appropriate release of claims tendered by defendant which will result in release of the minor claims in exchange for payment of the gross settlement amount.

ORDER APPROVING MINOR SETTLEMENT AND
PAYMENT OF ATTORNEY FEES AND COSTS - 1

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington 98105
206-438-3737 • Facsimile 206-632-2540

3. The attorney's fees and costs sought by Keane Law Offices for services provided to the settling minor plaintiff are approved as follows:

| | | |
|---|---|---|
| **A.** | **Costs** | |
| | Medical Records, Expert Medical Reports And Expert depositions | $ 4,429.47 |
| **B.** | **Attorney's Fees** | $ 2,500.00 |
| **C.** | **Total Awarded Attorney Fees and Costs:** | $ 6,929.47 |

4. The Settlement Guardian ad Litem has agreed to provide his services *pro bono*.

5. Following receipt of the gross settlement funds from defendant, plaintiffs' counsel is directed to disburse the minor settlement funds as follows:

| | |
|---|---|
| Attorney's fees and costs to Keane Law Offices for Minor settlement: | $ 6,929.47 |
| Minor Settlement Net Proceeds to Keane Law Offices Trust Account | $ 18,070.53 |

6. Pursuant to this Order, after its receipt of funds, Keane Law Offices shall, within 60 days of the entry of this order, and after consultation with the minor plaintiffs' parents, deposit, for the benefit of the minor plaintiff, the net settlement funds allocated to the minor into an FDIC insured account with Edward Jones and file with this court a Receipt of Funds issued by the institution receiving said minor settlement funds.

7. The minor's net settlement funds will be held in an account which is regulated by Court order. The funds will not be released to the minor plaintiff until he reaches age 18, *provided however* that upon appropriate application an earlier release of such funds can be considered by the Court which would thereafter enter an appropriate order;

ORDER APPROVING MINOR SETTLEMENT AND
PAYMENT OF ATTORNEY FEES AND COSTS - 2

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington 98105
206-438-3737 • Facsimile 206-632-2540

8. The settlement guardian ad litem is discharged effective with the Court's execution of this order.

Dated this 8th day of October, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER APPROVING MINOR SETTLEMENT AND
PAYMENT OF ATTORNEY FEES AND COSTS - 3

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington 98105
206-438-3737 • Facsimile 206-632-2540